**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: ) | Chapter **13** |
| **Harry James Freese** ) | Case No. **17-56755-WLH** |
| ) | Judge **Wendy L. Hagenau** |
| ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned attorney enters this Notice of Appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-56), for itself, its successors and assigns (hereinafter referred to as "Creditor"), a secured creditor in the above referenced case on real property located at 1270 Keans Ct, Roswell, GA 30075. Creditor, through counsel, hereby requests that all notices to Debtor(s) or Creditors also be mailed in care of Creditor as follows:

> Shapiro Pendergast & Hasty, LLP
> 211 Perimeter Center Parkway, N.E., Suite 300
> Atlanta, GA 30346

Dated <u>September 25, 2017</u>

> Shapiro Pendergast & Hasty, LLP
>
> <u>/s/Taylor S. Mansell</u>
> Taylor S. Mansell
> Georgia Bar No. 940461
> 211 Perimeter Center Parkway, N.E.
> Suite 300
> Atlanta, GA 30346
> Phone: 770-220-2535
> Fax: 770-220-2665