UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 17-56755-PWB |
| ) | |
| HARRY JAMES FREESE, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Bayview Loan Servicing, LLC, a secured creditor and party in interest, and hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com

This 5th day of June, 2018.

Prepared By:

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

# CERTIFICATE OF SERVICE

      This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Brandi L. Kirkland, Esq.
Attorney for The Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740
Via Email:  courtdailysummary@atlch13tt.com

Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
Via Email: se@myatllaw.com

Harry James Freese
1270 Keans Ct.
Roswell, GA 30075

      This 5th day of June, 2018.

                                        /s/ Marc E. Ripps
                                        Marc E. Ripps
                                        Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com