UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| HARRY JAMES FREESE | ) | CASE NO. 17-56755-pwb |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

COMES NOW, ALBERTELLI LAW, attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-56, hereby enters it *Notice of Appearance* in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby request notice in regard to the following property:

- Property Address: 1270 Keans Court, Roswell, Georgia 30075

- Last Four Digits of Loan Number: 9384

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g).

            */s/ Cory P. Sims*
            Cory P. Sims, Esquire
            Georgia Bar No. 701802
            JAMES E. ALBERTELLI, P.A.
            D/B/A ALBERTELLI & WHITWORTH, P.A.
            100 Galleria Parkway, Suite 960
            Atlanta, Georgia  30339
            Telephone:  (813) 221-4743 ext. 1947
            Facsimile:  (813) 221-9171
            Email: bkga@albertellilaw.com
            Alternate:  csims@alaw.net
            Attorney for Creditor

A|LAW FILE NO. 17-009964

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2018, I caused a true and correct copy of the foregoing to be served via regular mail or via the Court's ECF service upon the following parties:

## SERVICE LIST

Harry James Freese
1270 Keans Ct.
Roswell, GA 30075

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Ryan J. Williams
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Brandi L. Kirkland
Mary Ida Townson, Ch. 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303


A|LAW FILE NO. 17-009964

       */s/ Cory P. Sims*   _____
       Cory P. Sims, Esquire
       Georgia Bar No. 701802
       JAMES E. ALBERTELLI, P.A.
       D/B/A ALBERTELLI & WHITWORTH, P.A.
       100 Galleria Parkway, Suite 960
       Atlanta, Georgia  30339
       Telephone:  (813) 221-4743 ext. 1947
       Facsimile:  (813) 221-9171
       Email: bkga@albertellilaw.com
       Alternate:  csims@alaw.net
       Attorney for Creditor

A|LAW FILE NO. 17-009964